BLUE MOON CHEESE PRODUCTS, Inc., Appellant, v. ALUMINUM COMPANY OF AMERICA.

No. 10944.

Circuit Court of Appeals, Eighth Circuit.

Nov. 18, 1937.

Clark R. Fletcher, Leavitt R. Barker, and Donald E. Nelson, all of Minneapolis, Minn., for appellant.

Claude G. Krause and George D. McClintock, both of Minneapolis, Minn., for appellee.

PER CURIAM.

Appeal from judgment and order of District Court of December 2, 1936, and February 4, 1937, respectively, dismissed without costs to either party in this court, pursuant to stipulation of parties.

FEDERAL UNION LIFE INSURANCE COMPANY OF CINCINNATI, OHIO, and Robert L. Bowen, Superintendent of Insurance of the State of Ohio, Successor to Charles Warner, Appellants, v. Jason S. WILLIAMS et al., Appellees.

No. 7366.

Circuit Court of Appeals, Sixth Circuit.

Jan. 4, 1938.

John W. Bricker, Thos. M. Miller, and C. C. Williams, all of Columbus, Ohio, and Kunkel & Kunkel, of Cincinnati, Ohio, for appellants.

Pogue, Hoffheimer & Pogue, of Cincinnati, Ohio, for appellees.

Before MOORMAN, HICKS, and SIMONS, Circuit Judges.

PER CURIAM.

It is ordered that the appeal in this cause be, and the same is, dismissed, pursuant to stipulation of counsel.

Hadassah Thompson BOYER, as Executrix, etc., et al., Appellants, v. Leo J. WEGMAN, Treasurer of the State of Iowa, et al.

No. 11050.

Circuit Court of Appeals, Eighth Circuit.

Nov. 9, 1937.

Don Barnes and C. E. Richman, both of Cedar Rapids, Iowa, for appellants.

I. H. Van Winkle, Atty. Gen., State of Oregon, Dean H. Dickinson, of Portland, Or., Casper Schenk and John H. Mitchell, both of Des Moines, Iowa, Charles W. Wilson, of Spencer, Iowa, and Carl W. Kirwin, of Cedar Rapids, Iowa, for appellees.

PER CURIAM.

Appeal docketed and dismissed without costs to either party in this court, attorney fee having been waived, pursuant to stipulation of parties.

Harry E. BRADLEY, Receiver of The Nogales National Bank of Nogales, Arizona, a National Banking Association, Appellant, v. SANTA CRUZ COUNTY, a Body Politic and Corporate, Appellee.

No. 8408.

Circuit Court of Appeals, Ninth Circuit.

Stephen D. Monahan, of Nogales, Ariz., for appellant.

James V. Robins, of Nogales, Ariz., for appellee.

Before GARRECHT, MATHEWS, and HANEY, Circuit Judges.

PER CURIAM.

The decree is affirmed upon the authority of McNair v. Knott, 302 U.S. ——, 58 S.Ct. 245, 82 L.Ed. ——, decided December 13, 1937.